UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Margaux Grason
                              Plaintiff,

v.                                          Case No.: 1:15−cv−05391
                                            Honorable Virginia M. Kendall

So−Well Dental Associates P.C., et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2015:

MINUTE entry before the Honorable Virginia M. Kendall:This case is hereby dismissed pursuant to settlement. Initial status hearing set for 9/17/2015 is stricken. Civil case terminated. Telephoned notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.