

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARGAUX GRASON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 cv 5391 |
| | ) | |
| v. | ) | |
| | ) | |
| SO-WELL DENTAL ASSOCIATES P.C. | ) | |
| an Illinois corporation, and ZENOBIA | ) | |
| SOWELL, DDS., an individual | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court having been advised that the undersigned parties have settled all claims between them and that, pursuant a Confidential Settlement Agreement, the undersigned parties have agreed to the entry of this Agreed Order of Dismissal With Prejudice with each party being responsible for their own attorneys' fees and expenses and court costs incurred herein (the "Agreed Order") and that, the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT this matter is dismissed with prejudice with each party being responsible for her and its own attorneys' fees and expenses and court costs incurred herein.

Dated: September 11, 2015

Judge Virginia M. Kendall

MARGAUX GRASON,
Plaintiff
By: /s/ Bradley K. Staubus
    One of Plaintiff's Attorneys
Bradley K. Staubus #6230326
Esposito & Staubus LLP
7055 Veterans Blvd., Unit B
Burr Ridge, IL 60527
(312) 346-2766

SO-WELL DENTAL ASSOCIATES
Defendant
By: /s/ Sonia D. Coleman
    One of Defendant's Attorneys
Sonia D. Coleman
The Law Office of Sonia D. Coleman, P.C.
15255 S. 94th Avenue, #500
Orland Park, IL 60462
(708) 428-6453